IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAN FIELDMAN, No. M-23832,

   Petitioner,

    vs.

KIM BUTLER,

   Respondent.                      Case No. 15-cv-1389-DRH

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Petitioner Shan Fieldman, represented by counsel, has filed the present habeas corpus petition (Doc. 1) pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his conviction and sentence. Without commenting on the merits of petitioner's claims, the Court concludes that the petition survives preliminary review under Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts.

**IT IS HEREBY ORDERED** that respondent shall answer or otherwise plead within twenty-eight days of the date this order is entered (on or before February 9, 2016). This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness argument it may wish to present. Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

Signed this 12th day of January, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.01.12 10:20:27 -06'00'

**United States District Court Judge**